## *May* Term, 1791.

(p. 248.)

### The STATE *againſt* JOSEPH BEAVERS, JOHN CLIFFORD, *and* JOHN MARTIN, *Adminiſtrators of* EDWARD CLIFFORD, *deceaſed.*

*On* Habeas Corpus *ad ſubjiciendum, for the Liberation of Negro* Abraham Solomons, *and Negro* Dolly *his Wife.*

*The Attorney-General, Eliſha Boudinot, and Linn, Counſel for the Negroes.—Leake and Richard Stockton, Counſel for the ſaid Adminiſtrators.*

THE Defendants having returned the Bodies with the Cauſe &c. " That they are the Negro Slaves of

" the faid Defendants of the Eftate of their Inteftate,
" and that they have Right to hold them as fuch, during
" Life," and thereof having tendered an Iffue to the
Country, and prayed that the fame might be tried by a
Jury of the Country.

The Court confidering that this Point was fully argued and determined by them in the Cafe of the State againft Jofhua Farley, *November Term* laft, do refufe to hear any Argument thereupon, and do direct that the Caufe be opened and heard before the Court in the ufual Manner; whereupon,

The Court having heard the Return filed and Evidence and Allegations of the Parties, *do order*, on Motion of Mr. Leake, Attorney for the faid Adminiftrators, that the faid Abraham and Dolley be remanded into the Cuftody of the faid Adminiftrators.